JESSE STREETS, Appellant, *v.* THE GRAND TRUNK RAILWAY COMPANY et al., Respondents.

*Streets* v. *Grand Trunk Ry. Co.*, 76 App. Div. 480, affirmed.
(Argued February 15, 1904; decided March 4, 1904.)

APPEAL from a judgment, entered December 11, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendants.

*John Cunneen* for appellant.

*William L. Marcy, Adelbert Moot* and *Charles A. Pooley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.